IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**SALACIA HOLDINGS, LLC**                                                                        **PLAINTIFF**

**v.**                         **CIVIL ACTION NO. 2:23-cv-43-TBM-RPM**

**RIVER ROAD SAND & GRAVEL, LLC**                              **DEFENDANT**

## ORDER DENYING DEFENDANT'S MOTION FOR SUMMARY JUDGMENT AND MOTION TO STRIKE

This matter came before the Court on Defendant's Motion [47] for Summary Judgment and Defendant's Motion [52] to Strike. At the hearing conducted in this matter on March 4, 2024, the Court, having considered the pleadings, the record, the oral arguments of counsel, and the relevant legal authority, announced its detailed findings and conclusions. The Court concluded that the Defendant's Motion for Summary Judgment and Motion to Strike should be denied.

IT IS THEREFORE, ORDERED AND ADJUDGED that, for the reasons stated on the record at the hearing held on March 4, 2024, the Defendant's Motion [47] for Summary Judgment is DENIED and that the Defendant's Motion [52] to Strike is DENIED.

This the 5th day of March, 2024.

                                                       **TAYLOR B. McNEEL**
                                              **UNITED STATES DISTRICT JUDGE**